# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2200 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Audrey Brunson vs. The County of Cook, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/29/2008. Plaintiff has leave within 10 days to file an Amended Complaint naming the Cook County Forest Preserve as Defendant. Status hearing set for 9/4/2008 at 9:00.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|