# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2200 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Audrey Brunson vs. The County of Cook, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 9/4/2008. Rule 16 conference convened. Defendant County to Answer within 21 days. Rule 26(a)(1) disclosures to be made in 21 days. All discovery to be complete by 1/23/2009. Status hearing set for 11/25/2008 at 9:00.

Notices mailed by Judicial staff.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|